**Order entered January 15, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00750-CR
No. 05-20-00751-CR
No. 05-20-00752-CR
No. 05-20-00753-CR
No. 05-20-00754-CR

**JASON JACOB OSIFO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-81128-2020, 296-81129-2020, 296-81394-2016,**
**296-82063-2017 & 296-82964-2015**

**ORDER**

Before the Court is appellant's December 31, 2020 motion to abate these appeals for the completion of the requested reporter's record. In the motion, appellant notes the reporter's record from the July 21, 2020 hearing (where he was sentenced and advised of his appellate rights in all five of these appeals) has been filed but that other hearings he requested in writing have not been filed. The clerk's

records show that in addition to the record of the July 21, 2020 hearing (which has been filed), appellant requested the following reporter's records:

- In cause number 05-20-00751-CR (trial court #296-81129-2020), plea hearings on June 16, 2016, February 1, 2018, July 5, 2018, and a hearing on appellant's motion suggesting incompetence on April 26, 2016;

- In cause number 05-20-00752-CR (trial court #296-81394-2016), plea hearings on June 16, 2016, February 1, 2018, and July 5, 2018;

- In cause number 05-20-00753-CR (trial court #296-82063-2017, plea hearing on February 1, 2018; and

- In cause number 05-20-00754-CR (trial court #296-82964-2015), plea hearings on June 16, 2016, February 1, 2018, July 5, 2018, and hearing on appellant's motion suggesting incompetence on April 26, 2016.

Therefore, we **GRANT** appellant's motion to the extent we **ORDER** court reporter Janet Dugger to file or to cause to be filed, **WITHIN FIFTEEN DAYS OF THE DATE OF THIS ORDER**, supplemental reporter's records of the plea hearings on June 16, 2016, February 1, 2018, and July 5, 2018, and the hearing on appellant's motion suggesting incompetence on April 26, 2016. In the event a reporter's record does not exist from any one or more of the above dates, Ms. Dugger shall certify the same in writing to the Court by the fifteen-day deadline for filing the supplemental reporter's records.

Appellant's brief is due thirty days after the date the appellate record is complete. *See* TEX. R. APP. P. 38.6(a).

We **DIRECT** the Clerk to send copies of this order to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; to court reporter Janet Dugger, 296th Judicial District Court; and to counsel for all parties.


/s/ ROBERT D. BURNS, III
CHIEF JUSTICE